**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1784**

---

MICHAEL J. MORRISSEY,

                                        Plaintiff - Appellant,

        versus

H. WISE KELLY, III; MICHAEL L. RIGSBY; JAMES
M. MCCAULEY; PATRICIA J. RIOS; JOHN DOE, being
any unknown and hence unnamed participant at
the Board of Committee Levels in this matter;
MICHAEL L. O'REILLY; CAROLYN S. MOTES; THEA R.
BARRON; FRANK W. DUNHAM, JR.; NAOMI C. KLAUS;
DOMINGO L. ORGOVEZA; PAUL R. PEARSON; LIBBY
ROSS; JEFFREY SURDYK; VIRGINIA BAR ASSOCIA-
TION; PHILLIP C. STONE; PETER C. MANSON; JAMES
E. BRADBERRY; ROBERT J. MERRICK; JAMES E.
RAINEY; WILLIAM J. STURGILL; JAMES R. AUSTIN;
JOHN ROE, an unknown substitute person of the
Virginia Supreme Court on April 13, 1992;
BARBARA M. KEENAN; HONORABLE LEROY ROUNTREE
HASSELL; HONORABLE ROSCOE B. STEPHENSON, JR.;
HONORABLE ELIZABETH B. LACY; A. CHRISTIAN
COMPTON; HARRY L. CARRICO; THE SUPREME COURT
OF VIRGINIA, and its individual members
jointly and individually; ROGER L. GREGORY;
MURRAY J. JANUS; THEODORE BRENNER; JAMES S.
YOFFEY; BREMNER, BABER & JANUS; JAMES A.
BABER, III; WILLIAM B. KERKAM, III; DENNIS W.
DOHNAL; RONALD S. EVANS; LARRY A. POCHUCHA;
MARK S. BRENNAN; JOHN H. OBRION, JR.; COWAN &
OWEN, P.C.; LAWRENCE DOUGLAS WILDER, JR.; ADAM
N. HARRELL, JR.; NANCY GRIFFIN CHAMBLISS;
WILDER & GREGORY; RANDALL G. JOHNSON; HARRY M.
HIRSCH; SUSAN C. ARMSTRONG; MARK E. RUBIN;
RAWLEY F. DANIEL; JOHN AND JANE DOE COMMITTEE
MEMBERS; JOHN DOE,

                                        Defendants - Appellees.

MICHAEL J. MORRISSEY,

Plaintiff - Appellant,

versus

H. WISE KELLY, III; MICHAEL L. RIGSBY; JAMES M. MCCAULEY; PATRICIA J. RIOS; JOHN DOE, being any unknown and hence unnamed participants at the Board of Committee Levels in this matter; MICHAEL L. O'REILLY; CAROLYN S. MOTES; THEA R. BARRON; FRANK W. DUNHAM, JR.; NAOMI C. KLAUS; DOMINGO L. ORGOVEZA; PAUL R. DUNHAM, JR.; LIBBY ROSS; JEFFREY SURDYK; VIRGINIA BAR ASSOCIATION; PHILLIP C. STONE; PETER C. MANSON; JAMES E. BRADBERRY; ROBERT J. MERRICK; JAMES E. RAINEY; WILLIAM J. STURGILL; JAMES R. AUSTIN; JOHN ROE, an unknown substitute person of the Virginia Supreme Court on April 13, 1992; BARBARA M. KEENAN; HONORABLE LEROY ROUNTREE HASSELL; HONORABLE ROSCOE B. STEPHENSON, JR.; HONORABLE ELIZABETH B. LACY; A. CHRISTIAN COMPTON; HARRY L. CARRICO; THE SUPREME COURT OF VIRGINIA, and its individual members jointly and individually; ROGER L. GREGORY; MURRAY J. JANUS; THEODORE BRENNER; JAMES S. YOFFEY; BREMNER, BABER & JANUS; JAMES A. BABER, III; WILLIAM B. KERKAM, III; DENNIS W. DOHNAL; RONALD S. EVANS; LARRY A. POCHUCHA; MARK S. BRENNAN; JOHN H. OBRION, JR.; COWAN & OWEN; LAWRENCE DOUGLAS WILDER, JR.; ADAM N. HARRELL, JR.; NANCY GRIFFIN CHAMBLISS; WILDER & GREGORY; RANDALL G. JOHNSON; HARRY M. HIRSCH; SUSAN C. ARMSTRONG; MARK E. RUBIN; RAWLEY F. DANIEL; JOHN AND JANE DOE COMMITTEE MEMBERS; JOHN DOE,

Defendants - Appellees.

No. 97-2005

MICHAEL J. MORRISSEY,

Plaintiff - Appellant,

versus

H. WISE KELLY, III; MICHAEL L. RIGSBY; JAMES
M. MCCAULEY; PATRICIA J. RIOS; JOHN DOE, being
any unknown and hence unnamed participant at
the Board of Committee Levels in this matter;
MICHAEL L. O'REILLY; CAROLYN S. MOTES; THEA R.
BARRON; FRANK W. DUNHAM, JR.; NAOMI C. KLAUS;
DOMINGO L. ORGOVEZA; PAUL R. PEARSON; LIBBY
ROSS; JEFFREY SURDYK; VIRGINIA BAR ASSOCIA-
TION; PHILLIP C. STONE; PETER C. MANSON; JAMES
E. BRADBERRY; ROBERT J. MERRICK; JAMES E.
RAINEY; WILLIAM J. STURGILL; JAMES R. AUSTIN;
BARBARA M. KEENAN; HONORABLE LEROY ROUNTREE
HASSELL; HONORABLE ROSCOE B. STEPHENSON, JR.;
HONORABLE ELIZABETH B. LACY; A. CHRISTIAN
COMPTON; HARRY L. CARRICO; THE SUPREME COURT
OF VIRGINIA, and its individual members
jointly and individually; ROGER L. GREGORY;
MURRAY J. JANUS; THEODORE BRENNER; JAMES S.
YOFFEY; BREMNER, BABER & JANUS; JAMES A.
BABER, III; WILLIAM B. KERKAM, III; DENNIS W.
DOHNAL; RONALD S. EVANS; LARRY A. POCHUCHA;
MARK S. BRENNAN; JOHN H. OBRION, JR.; COWAN
& OWEN; LAWRENCE DOUGLAS WILDER; ADAM N.
HARRELL, JR.; NANCY GRIFFIN CHAMBLISS; WILDER
& GREGORY; RANDALL G. JOHNSON; HARRY M.
HIRSCH; SUSAN C. ARMSTRONG; MARK E. RUBIN;
RAWLEY F. DANIEL; JOHN AND JANE DOE COMMITTEE
MEMBERS; JOHN DOE; JAMES ROE, an unknown sub-
stitute person of the Virginia Supreme Court
on April 13, 1992,

Defendants - Appellees.

3

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge; Robert R. Merhige, Jr., and Richard L. Williams, Senior District Judges. (CA-95-592, CA-95-593, CA-95-594)

Submitted: October 10, 1997          Decided: October 28, 1997

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael J. Morrissey, Appellant Pro Se. Lee Melchor Turlington, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing Appellant's claims under 42 U.S.C.A. § 1983 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Morrissey v. Kelly</u>, Nos. CA-95-592; CA-95-593; CA-95-594 (E.D. Va. May 14 & 22, 1997; June 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>